IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LARRY E. WOLFE, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No. 3:08-cv-50111 |
| UNITED STATES OF AMERICA, D. PURNELL, and STUART PARKER, | ) |
| *Defendants,* | ) |

### NOTICE OF SUBSTITUTION OF THE UNITED STATES OF AMERICA AS DEFENDANT, AND OF DISMISSAL OF THE INDIVIDUAL DEFENDANTS, PURNELL AND PARKER

TO:  Mr. Larry E. Wolfe
c/o General Delivery
Galt, Illinois 61037

PLEASE TAKE NOTICE that, upon the annexed Certification of Thomas P. Walsh, Assistant United States Attorney for the Northern District of Illinois, a duly authorized delegate of the Attorney General of the United States of America, that the individual federal defendants, D. Purnell and Stuart Parker, each was acting within the scope of his, or her, employment and office as an employee of the United States at the time that the incidents out of which plaintiff's claims arose occurred, and pursuant to the provisions

of 28 U.S.C. §§ 2679(d)(2), the United States of America has been substituted for D. Purnell and Stuart Parker as the party defendant in the above-titled action.

TAKE FURTHER NOTICE that, pursuant to the provisions of 28 U.S.C. § 2679(d)(2), as amended, the action is dismissed against D. Purnell and Stuart Parker with respect to any claim for redress for injury or loss of property, to the extent that such claim is founded upon state law or upon any statute of the United States of America for the violation of which no action against an individual is authorized, and which arises or results from any alleged wrongful act or omission of any such defendant while acting within the scope of his, or her, federal office or employment.

> PATRICK J. FITZGERALD
> United States Attorney
>
> */s/ Gerald C. Miller*
> Trial Attorney, Tax Division
> United States Department of Justice
> P.O. Box 55, Ben Franklin Station
> Washington, D.C.  20044-0055
> Tel.: (202) 307-6490
> *e-mail:* Gerald.C.Miller@USDOJ.gov

## CERTIFICATE OF SERVICE

  I CERTIFY that on July 1, 2008, the above NOTICE OF SUBSTITUTION AND DISMISSAL was filed with the Court via the ECF system, and that service was made upon the plaintiff by depositing a copy in the United States mail, postage prepaid, addressed to him as follows:

    Mr. Larry E. Wolfe
    c/o General Delivery
    Galt, Illinois 61037

        */s/ Gerald C. Miller*
        GERALD C. MILLER

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DISIVION

| | |
|---|---|
| LARRY E. WOLFE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-CV-50111 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| D. PURNELL, and STUART PARKER, ) | |
| ) | |
| Defendants. ) | |

# CERTIFICATION

Pursuant to the provisions of 28 U.S.C. § 2679, as amended, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.3 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the complaint in this action. On the basis of the information now available with respect to the incidents referred to therein, I certify that each of the individual federal defendants, D. Purnell and Stuart Parker, was acting within the scope of his, or her, employment as an employee of the United States at the time of the incidents out of which the claims arose.

Dated: June 30, 2008

_____
THOMAS P. WALSH
Chief, Civil Division
Office of the United States Attorney
    for the Northern District of Illinois