IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| LARRY E. WOLFE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08-cv-50111 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Defendant,* | ) | |

## NOTICE OF MOTION

TO:  Larry E. Wolfe
c/o General Delivery
Galt, Illinois 61037

PLEASE TAKE NOTICE that on Friday, August 8, 2008, at 1:30 p.m., the time previously scheduled for a status in this matter, or as soon thereafter as counsel may be heard, the defendant, United States of America, by its attorney, will appear before Magistrate Judge P. Michael Mahoney, in the courtroom usually occupied by him in the United States Courthouse, 211 South Court Street, Rockford, Illinois, or before such other judge as may

be sitting in his place and stead, and then and there present the United States' Motion to Dismiss the above titled action, and request the establishment of a briefing schedule with respect to said motion.

> PATRICK J. FITZGERALD
> United States Attorney
>
> */s/ Gerald C. Miller*
> Trial Attorney, Tax Division
> United States Department of Justice
> P.O. Box 55, Ben Franklin Station
> Washington, D.C.  20044-0055
> Tel.: (202) 307-6490
> *e-mail:* Gerald.C.Miller@USDOJ.gov

## CERTIFICATE OF SERVICE

I CERTIFY that on August 5, 2008, the above NOTICE OF MOTION was filed with the Court via the ECF system, and that service was made upon the plaintiff by depositing a copy in the United States mail, postage prepaid, addressed to him as follows:

> Mr. Larry E. Wolfe
> c/o General Delivery
> Galt, Illinois 61037

In addition to mail service, a copy of the above notice will be hand-delivered to the plaintiff at the status conference in Rockford, Illinois, on Friday, August 8, 2008.

> */s/ Gerald C. Miller*
> GERALD C. MILLER